478 A.2d 57

Commonwealth v. Krushinski, III, Appellant.

Submitted March 19, 1984.  Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Affirmed.